UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Katherine E. Huff, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:21-cv-00255-UNA |
| Schneider Electric SE, et al., | ) |
| Defendants. | ) |

## ORDER

The above styled and numbered case was opened on March 1, 2021 and assigned to the Eastern Division.

After a review of the case, it was determined the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and assigned to the Honorable Henry E. Autrey, United States District Judge, under cause number 2:21-cv-00014-**HEA**.

**IT IS FURTHER ORDERED** that cause number 4:21-cv-00255 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: March 2, 2021            By: /s/ Michele Crayton
                                    Court Services Manager

In all future documents filed with the Court, please use the following case number 2:21-cv-00014-HEA.